UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NANCY IERARDI                                             JURY TRIAL DEMANDED

v.

                                                          CASE NO. 3:15 CV

BAYVIEW LOAN SERVICING, LLC

## COMPLAINT

1. Plaintiff brings this action to obtain relief for defendant's violations of the federal Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA") and other applicable law.

2. This Court has jurisdiction. 15 U.S.C. §1692k(d).

3. Venue is proper because plaintiff is a citizen of Connecticut.

4. Plaintiff is a natural person.

5. In 2007, plaintiff entered into a home mortgage loan with Countrywide concerning the property at 34 Copper Beech Drive, Middletown CT.

6. After the loan went into default, Bayview became its servicer.

7. After default, plaintiff was continuously represented by the Action Advocacy Law Office in various formal and informal foreclosure efforts.

8. Bayview knew or was notified, directly or through its counsel, that plaintiff was represented by Action Advocacy, including dates after June 2014 and February 2015.

9. Bayview was notified, directly or through its counsel, that plaintiff disputed the mortgage account, including dates after June 2014 and February 2015.

10. Bayview did not respond to any dispute.

11. Bayview did not notify the credit bureaus of the known dispute.

12. Defendant, through "Robert Steigman" its "account manager," continued to

directly communicate with plaintiff, including most recently a letter dated April 10, 2015, offering "to find a solution for you," including an affordable payment. "Time is of the essence – we've been trying to reach you."

13. Defendant regularly collects, or attempts to collect, home mortgage debts it acquired after default, through the use of the mails and telephone.

14. Defendant regularly engages attorneys to bring foreclosure actions seeking deficiencies against homeowners who have defaulted on their mortgages.

15. Defendant violated the FDCPA, including 15 U.S.C. §§ 1692c, 1692e, 1692f, or 1692g.

WHEREFORE, Plaintiff respectfully prays that relief be granted as follows:

(a) That judgment be entered against Defendant for statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A) as well as actual damages for annoyance, anxiety, inconvenience and damage to credit reputation;

(b) That the Court award costs and reasonable attorneys' fees; and

(c) That the Court grant such other and further relief as may be just and proper.

Respectfully submitted,

**/s/ Joanne S. Faulkner**
Joanne S. Faulkner ct04137
faulknerlawoffice@snet.net
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395