UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NANCY IERARDI

    v.

                                        CASE NO. 3:15 CV 731 (VAB)

BAYVIEW LOAN SERVICING, LLC

NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(l), plaintiff hereby dismisses the within action without costs or fees based on the parties' settlement agreement.

                                                      THE PLAINTIFF

*[signature: Joanne S. Faulkner]*

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395

Certificate of Service

I hereby certify that on August 7, 2015, a copy of foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                         ____/s/ Joanne S. Faulkner___
                                    JOANNE S. FAULKNER ct04137
                                       123 Avon Street
                                       New Haven, CT 06511-2422
                                       (203) 772 0395
                                       j.faulkner@snet.net